UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAHALA DRAIN,<br>           Plaintiffs,<br><br>v.<br><br>SYNCHRONY BANK,<br>           Defendants. | Case No. 22-cv-00707-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

ADR:  Magistrate Settlement Conference to be scheduled for sometime during the first two weeks of August 2022.

FURTHER CASE MANAGEMENT: 8/26/2022 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 8/5/2022.

DESIGNATION OF EXPERTS: 8/19/2022; REBUTTAL: 9/2/2022;
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 9/23/2022.

DISPOSITIVE MOTIONS **SHALL** be filed by; 9/30/2022;
      Opp. Due: 10/14/2022; Reply Due: 10/21/2022;
      and set for hearing no later than 11/4/2022 at 10:00 AM.

PRETRIAL PAPERWORK: 12/1/2022;
PRETRIAL CONFERENCE DATE: 12/15/2022 at 3:30 PM.

JURY TRIAL DATE: 1/9/2023 at 8:30 AM.
      Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 3 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: May 16, 2022

SUSAN ILLSTON
United States District Judge